# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERNSTEIN, STUART M. | U.S. Bankruptcy Court | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ☐ Annual   ☑ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>2/26/2021 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Fordham Law Alumni Association |
| 2.  Trustee | Trust # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Defined Benefit Plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 401K Plan | | | | | | | | | |
| 2. -- Vanguard Prime Money Market Instl (401k) | D | Dividend | N | T | | | | | |
| 3. -- T. Rowe Price Personal Strat Balanced (401k) | | None | | | Sold | 01/31/20 | N | | |
| 4. -- T. Rowe Price Spectrum Moderate Allocation | B | Dividend | | | Buy | 01/31/20 | N | | |
| 5. | | | | | Sold | 07/31/20 | N | E | |
| 6. -- Vanguard Target Ret 2015 | E | Dividend | N | T | Buy | 08/03/20 | M | | |
| 7. JP Morgan Chase Bank Accounts | A | Interest | O | T | | | | | |
| 8. Citibank Accounts | A | Interest | O | T | | | | | |
| 9. Citibank Account | A | Interest | M | T | | | | | |
| 10. Citibank Account | | None | | | Merged (with line 8) | 06/08/20 | J | | |
| 11. Keogh (Target) Plan--Plan I | E | Int./Div. | O | T | Distributed (part) | 02/26/21 | L | | |
| 12. Nassau Life Insurance (Whole Life) | B | Dividend | L | T | | | | | |
| 13. Capital "A" Account | | None | | | Distributed | 02/26/21 | M | | |
| 14. Jensen Quality Growth (████) | | None | | | Sold (part) | 02/26/20 | M | A | |
| 15. | | | | | Buy (add'l) | 02/10/20 | M | | |
| 16. | | | | | Sold | 02/28/20 | N | | |
| 17. Cash (████) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  T. Rowe Price Capital Appreciation (▇) | C | Dividend | N | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 05/06/20 | M | | |
| 20. | | | | | Sold<br>(part) | 02/28/20 | N | E | |
| 21. | | | | | Sold<br>(part) | 03/20/20 | M | | |
| 22. | | | | | Sold<br>(part) | 12/09/20 | L | D | |
| 23.  SPDR S&P 500 Index (▇) | D | Dividend | N | T | Buy<br>(add'l) | 05/20/20 | N | | |
| 24. | | | | | Sold<br>(part) | 02/26/20 | M | D | |
| 25. | | | | | Sold<br>(part) | 12/09/20 | L | E | |
| 26.  Nuveen High Yield Muni Bond Fund C1 A (▇) | E | Dividend | N | T | Buy<br>(add'l) | 05/27/20 | N | | |
| 27. | | | | | Sold<br>(part) | 03/13/20 | M | | |
| 28.  IShares Russell 1000 Value (▇) | | None | | | Sold | 02/14/20 | M | E | |
| 29.  Ishares Core S&P Small (▇) | | None | M | T | Buy | 02/10/21 | M | | |
| 30.  Ishares Russell 1000 (▇) | B | Dividend | | | Buy | 06/08/20 | N | | |
| 31. | | | | | Sold | 08/25/20 | N | E | |
| 32.  Ishares Russell 3000 (▇) | C | Dividend | N | T | Buy | 06/03/20 | N | | |
| 33. | | | | | Sold<br>(part) | 12/09/20 | L | D | |
| 34.  Ishares Tr Russell (▇) | | None | | | Buy<br>(add'l) | 02/14/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 02/25/20 | M | D | |
| 36. | | | | | Sold | 02/27/20 | N | | |
| 37.  Pacer Trendpilot US (    ) | | None | | | Sold | 03/20/20 | N | | |
| 38.  SPDR Barclays High Yield (    ) | E | Dividend | | | Sold<br>(part) | 03/11/20 | N | | |
| 39. | | | | | Sold<br>(part) | 01/04/21 | M | D | |
| 40. | | | | | Sold | 02/10/21 | M | D | |
| 41.  Vanguard FTSE All-World ex-US (    ) | | None | | | Sold | 02/24/20 | M | | |
| 42.  American Century Equity (    ) | | None | | | Sold | 02/10/20 | N | E | |
| 43.  Agr Large Cap Defensive (    ) | | None | | | Buy | 02/10/20 | M | | |
| 44. | | | | | Sold | 03/09/20 | N | | |
| 45.  Prudential High Yield | D | Dividend | | | Sold | 03/12/20 | N | | |
| 46.  Schwab US L Cap Growth (    ) | | None | | | Buy | 08/25/20 | N | | |
| 47. | | | | | Sold | 09/11/20 | N | | |
| 48.  VanEck Vectors Fallen Angel HiYld (    ) | D | Dividend | N | T | Buy | 11/05/20 | N | | |
| 49.  Vanguard Small Cap (    ) | B | Dividend | N | T | Buy | 11/11/20 | N | | |
| 50. | | | | | Sold<br>(part) | 12/09/20 | L | D | |
| 51.  BTS Tactical Fixed Income | B | Dividend | | | Buy | 04/22/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 10/27/20 | N | | |
| 53. Calamos Market Neutral Income (███) | B | Dividend | N | T | Buy | 04/29/20 | N | | |
| 54. JHancock Intl Growth (███) | | None | N | T | Buy | 01/14/21 | M | | |
| 55. | | | | | Buy<br>(add'l) | 01/16/21 | M | | |
| 56. Parnassus Core Equity Fund (███) | B | Dividend | N | T | Buy | 06/17/20 | N | | |
| 57. | | | | | Sold<br>(part) | 12/09/20 | L | D | |
| 58. Rydex Inverse S&P (███) | | None | | | Buy | 03/12/20 | N | | |
| 59. | | | | | Sold | 03/20/20 | N | D | |
| 60. Schwab Value Fund (███) | C | Dividend | | | Buy | 03/03/20 | P1 | | |
| 61. | | | | | Buy<br>(add'l) | 02/25/20 | P1 | | |
| 62. | | | | | Sold<br>(part) | 04/22/20 | N | | |
| 63. | | | | | Sold<br>(part) | 04/29/20 | N | | |
| 64. | | | | | Sold<br>(part) | 05/06/20 | N | | |
| 65. | | | | | Sold<br>(part) | 05/20/20 | N | | |
| 66. | | | | | Sold<br>(part) | 05/27/20 | O | | |
| 67. | | | | | Sold<br>(part) | 06/03/20 | N | | |
| 68. | | | | | Sold | 06/08/20 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T. Rowe Price Capital Appreciation (███) | C | Dividend | N | T | Buy (add'l) | 12/14/20 | J | | |
| 70. | | | | | Sold (part) | 02/19/20 | M | E | |
| 71. Jensen Quality Growth (S██) | C | Dividend | N | T | Buy (add'l) | 08/05/20 | M | | |
| 72. | | | | | Sold (part) | 02/19/20 | M | D | |
| 73. | | | | | Sold (part) | 03/18/20 | M | | |
| 74. Schwab Value Advantage ███) | B | Dividend | | | Buy | 03/26/20 | P1 | | |
| 75. | | | | | Sold (part) | 05/19/20 | M | | |
| 76. | | | | | Sold (part) | 06/02/20 | O | | |
| 77. | | | | | Sold | 06/12/20 | N | | |
| 78. Cash ███) | A | Interest | K | T | | | | | |
| 79. Guggenheim S&P 500 Equal (███ | B | Dividend | | | Buy (add'l) | 06/04/20 | N | | |
| 80. | | | | | Sold (part) | 02/26/20 | N | D | |
| 81. | | | | | Sold | 08/05/20 | N | D | |
| 82. Ishares Gold ███) | | None | | | Sold | 03/19/20 | M | | |
| 83. Ishares Msci Emerging Mkt. Fund ███) | | None | | | Sold | 02/24/20 | M | | |
| 84. Ishares Russell 1000 Value ███) | | None | | | Sold | 02/11/20 | M | D | |
| 85. Ishares Tr Russell (███) | B | Dividend | O | T | Buy | 11/09/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/03/20 | M | | |
| 87. | | | | | Sold (part) | 01/22/21 | K | D | |
| 88. PowerShares S&P 500 Low Volatility (███) | B | Dividend | | | Buy (add'l) | 01/16/20 | K | | |
| 89. | | | | | Sold | 03/11/20 | N | | |
| 90. PowerShares Qqq Trust (███) | A | Dividend | | | Buy (add'l) | 04/29/20 | M | | |
| 91. | | | | | Buy (add'l) | 04/17/20 | M | | |
| 92. | | | | | Buy | 02/11/20 | M | | |
| 93. | | | | | Sold (part) | 02/25/20 | M | D | |
| 94. | | | | | Sold (part) | 02/27/20 | M | | |
| 95. | | | | | Sold | 09/21/20 | N | F | |
| 96. Schwab US Broad Mkt (███) | | None | | | Sold | 02/28/20 | N | | |
| 97. SPDR S&P 500 (███) | C | Dividend | N | T | Buy (add'l) | 01/16/20 | K | | |
| 98. | | | | | Buy (add'l) | 06/10/20 | N | | |
| 99. | | | | | Sold (part) | 02/28/20 | M | | |
| 100. Vanguard Growth███ | B | Dividend | N | T | Buy (add'l) | 08/05/20 | N | | |
| 101. | | | | | Sold (part) | 03/09/20 | N | | |
| 102. JPMorgan Emerging Mkts███ ) | | None | N | T | Buy | 01/07/21 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 01/20/21 | M | | |
| 104.  Rydex Health Care Fund (▮▮▮) | | None | | | Buy | 04/28/20 | M | | |
| 105. | | | | | Buy<br>(add'l) | 05/19/20 | M | | |
| 106. | | | | | Sold | 08/24/20 | N | E | |
| 107.  Ishares Core S&P Small (▮▮▮) | B | Dividend | | | Buy | 06/02/20 | N | | |
| 108. | | | | | Sold<br>(part) | 08/13/20 | M | E | |
| 109. | | | | | Sold | 09/24/20 | M | B | |
| 110.  Proshares Short S&P▮▮▮) | | None | | | Buy | 10/30/20 | N | | |
| 111. | | | | | Sold | 11/05/20 | N | | |
| 112.  SPDR S&P Homebuilders (▮▮▮) | A | Dividend | M | T | Buy | 08/24/20 | M | | |
| 113.  Akre Focus Fund Inst (▮▮▮) | | None | M | T | Buy | 05/05/20 | N | | |
| 114. | | | | | Sold<br>(part) | 01/08/21 | M | E | |
| 115.  Hartford Core Equity ▮▮▮) | B | Dividend | M | T | Buy | 08/13/20 | M | | |
| 116.  Rydex Internet Fund (▮▮▮) | | None | N | T | Buy | 02/19/20 | N | | |
| 117. | | | | | Buy<br>(add'l) | 05/19/20 | M | | |
| 118. | | | | | Buy<br>(add'l) | 06/16/20 | M | | |
| 119. | | | | | Sold<br>(part) | 03/09/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Rydex Inverse Russell 2000 Strategy (▇▇) | | None | | | Buy | 03/12/20 | M | | |
| 121. | | | | | Buy<br>(add'l) | 06/12/20 | N | | |
| 122. | | | | | Buy<br>(add'l) | 07/09/20 | M | | |
| 123. | | | | | Sold<br>(part) | 04/14/20 | M | | |
| 124. | | | | | Sold<br>(part) | 06/16/20 | N | | |
| 125. | | | | | Sold | 08/11/20 | M | | |
| 126.  Rydex Inverse S&P ▇▇▇ ) | | None | | | Buy | 02/28/20 | N | | |
| 127. | | | | | Sold<br>(part) | 03/04/20 | M | | |
| 128. | | | | | Sold | 04/23/20 | M | | |
| 129.  Rydex Transportation (▇▇) | | None | M | T | Buy | 08/24/20 | M | | |
| 130.  Schwab Value Advantage (▇▇▇▇) | A | Dividend | | | Sold<br>(part) | 04/22/20 | K | | |
| 131. | | | | | Buy<br>(add'l) | 03/03/20 | M | | |
| 132. | | | | | Buy<br>(add'l) | 03/25/20 | M | | |
| 133. | | | | | Sold<br>(part) | 04/28/20 | K | | |
| 134. | | | | | Sold<br>(part) | 05/06/20 | K | | |
| 135. | | | | | Sold<br>(part) | 05/20/20 | L | | |
| 136. | | | | | Sold<br>(part) | 05/27/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>  (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>  (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>  (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 06/03/20 | K | | |
| 138. | | | | | Sold | 06/08/20 | L | | |
| 139.  Cash (▉▉▉▉) | A | Interest | J | T | | | | | |
| 140.  T. Rowe Price Capital Appreciation<br>▉▉▉▉) | A | Dividend | K | T | Buy<br>(add'l) | 05/06/20 | K | | |
| 141. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 142. | | | | | Sold<br>(part) | 02/28/20 | K | B | |
| 143. | | | | | Sold<br>(part) | 03/20/20 | K | | |
| 144.  Ishares Edge Msci Min (▉▉▉▉ | A | Dividend | | | Buy | 11/17/20 | K | | |
| 145. | | | | | Sold<br>(part) | 01/14/21 | K | A | |
| 146. | | | | | Sold | 02/11/21 | K | A | |
| 147.  Ishares Iboxx High Yield (▉▉▉▉) | B | Dividend | K | T | Buy<br>(add'l) | 06/03/20 | K | | |
| 148. | | | | | Sold<br>(part) | 03/11/20 | K | | |
| 149.  Ishares Russell 1000 Value (▉▉▉▉) | | None | | | Sold | 02/13/20 | K | B | |
| 150.  Ishares Tr Russell (▉▉▉▉) | | None | | | Buy<br>(add'l) | 02/13/20 | K | | |
| 151. | | | | | Sold<br>(part) | 02/25/20 | K | A | |
| 152. | | | | | Sold | 02/27/20 | K | | |
| 153.  Spdr S&P 500 (▉▉▉▉) | A | Dividend | | | Sold | 02/26/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Century Equity (████) | | None | | | Sold | 01/24/20 | K | B | |
| 155. American Fund High Income ████) | A | Dividend | | | Sold | 03/12/20 | K | | |
| 156. Aqr Large Cap Defensive ████) | | None | | | Buy (add'l) | 01/24/20 | J | | |
| 157. | | | | | Sold | 03/09/20 | K | | |
| 158. Doubleline Total Return ████) | A | Dividend | | | Buy (add'l) | 05/27/20 | K | | |
| 159. | | | | | Sold (part) | 03/19/20 | K | | |
| 160. | | | | | Sold | 12/17/20 | K | A | |
| 161. Jensen Quality Growth Fund (████) | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 162. | | | | | Sold (part) | 02/26/20 | K | | |
| 163. | | | | | Sold (part) | 03/17/20 | J | | |
| 164. | | | | | Sold | 03/20/20 | K | | |
| 165. Jhancock International Growth ████) | | None | K | T | Buy (add'l) | 01/14/21 | K | | |
| 166. | | | | | Buy (add'l) | 01/26/21 | K | | |
| 167. | | | | | Sold (part) | 03/09/20 | K | | |
| 168. Parnassus Core Equity Fund ████ | A | Dividend | K | T | Buy (add'l) | 06/17/20 | K | | |
| 169. | | | | | Sold (part) | 02/26/20 | K | B | |
| 170. | | | | | Sold (part) | 02/28/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Ishares Russell 3000 (▉▉▉▉) | A | Dividend | K | T | Buy | 06/08/20 | K | | |
| 172. Schwab US Lcap Growth (▉▉▉▉) | | None | | | Buy | 08/06/20 | K | | |
| 173. | | | | | Sold | 09/11/20 | K | | |
| 174. SPDR S&P MidCap 400▉▉▉▉) | A | Dividend | K | T | Buy | 06/03/20 | K | | |
| 175. VanEck Vectors Fallen Angel High Yield Bond (▉▉▉▉) | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 176. VanEck Vectors Morninbgstar Wide Moat ▉▉▉▉) | | None | | | Buy | 05/20/20 | K | | |
| 177. | | | | | Sold | 08/06/20 | K | C | |
| 178. Calamos Market Neutral Income ▉▉▉▉) | A | Dividend | K | T | Buy | 04/28/20 | K | | |
| 179. Harford Core Equity ▉▉▉▉) | A | Dividend | K | T | Buy | 11/11/20 | K | | |
| 180. RiverPark Short Term High Yield ▉▉▉▉) | A | Dividend | | | Buy | 04/22/20 | K | | |
| 181. | | | | | Sold | 11/17/20 | K | A | |
| 182. Royce Pennsylvania Mutual Investment (▉▉▉▉) | | None | K | T | Buy | 02/11/21 | K | | |
| 183. Rydex Inverse S&P▉▉▉▉) | | None | | | Buy | 03/12/20 | K | | |
| 184. | | | | | Sold | 03/20/20 | K | B | |
| 185. T. Rowe Price Capital Appreciation ▉▉▉▉) | A | Dividend | K | T | Buy (add'l) | 12/14/20 | J | | |
| 186. | | | | | Sold (part) | 02/18/20 | K | C | |
| 187. Jensen Quality Growth▉▉▉▉) | A | Dividend | K | T | Sold (part) | 02/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Guggenheim S&P 500 Equal ( █████ | A | Dividend | | | Sold (part) | 02/26/20 | K | B | |
| 189. | | | | | Buy (add'l) | 06/04/20 | K | | |
| 190. | | | | | Sold | 08/05/20 | K | A | |
| 191.  Ishares Gold █████ ) | | None | | | Sold | 03/19/20 | K | | |
| 192.  Schwab Value Advantage ████ | A | Dividend | | | Buy | 03/26/20 | M | | |
| 193. | | | | | Sold (part) | 05/19/20 | K | | |
| 194. | | | | | Sold (part) | 06/02/20 | L | | |
| 195. | | | | | Sold | 06/12/20 | K | | |
| 196.  Cash ████ | A | Interest | J | T | | | | | |
| 197.  PowerShares S&P 500 Low Volatility ████ | A | Dividend | | | Sold | 03/11/20 | K | | |
| 198.  Schwab US Broad Market ████ | A | Dividend | | | Sold | 02/28/20 | K | A | |
| 199.  Spdr S&P 500 (█████ | A | Dividend | K | T | Buy (add'l) | 06/10/20 | K | | |
| 200. | | | | | Sold (part) | 02/28/20 | K | | |
| 201.  Vanguard Growth ████ | A | Dividend | K | T | Buy (add'l) | 08/05/20 | K | | |
| 202. | | | | | Sold (part) | 03/09/20 | K | | |
| 203.  Invesco Comstock Y (████ | | None | | | Sold | 02/12/20 | K | A | |
| 204.  JPmorgan Emerging Markets Equity ████ | | None | K | T | Buy (add'l) | 01/07/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 01/22/21 | K | | |
| 206. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 207. Rydex Nova Fund ■■■■ | | None | | | Buy<br>(add'l) | 02/12/20 | K | | |
| 208. | | | | | Sold<br>(part) | 02/25/20 | K | A | |
| 209. | | | | | Sold | 02/27/20 | K | | |
| 210. Ishares Tr Russell ■■■■ | A | Dividend | L | T | Buy | 06/02/20 | K | | |
| 211. | | | | | Buy<br>(add'l) | 11/09/20 | K | | |
| 212. | | | | | Buy<br>(add'l) | 12/03/20 | K | | |
| 213. | | | | | Sold<br>(part) | 08/13/20 | K | B | |
| 214. | | | | | Sold<br>(part) | 09/24/20 | K | A | |
| 215. | | | | | Sold<br>(part) | 01/22/21 | J | A | |
| 216. SPDR S&P Homebuilders ■■■■ | A | Dividend | K | T | Buy | 08/24/20 | K | | |
| 217. Akre Focus Fund ■■■■ | | None | K | T | Buy | 05/05/20 | K | | |
| 218. | | | | | Sold<br>(part) | 01/22/21 | K | C | |
| 219. Hartford Core Equity ■■■■ | A | Dividend | K | T | Buy | 08/13/20 | K | | |
| 220. Rydex Internet Fund ■■■■ | | None | K | T | Buy | 02/18/20 | K | | |
| 221. | | | | | Buy<br>(add'l) | 05/19/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 06/16/20 | K | | |
| 223. | | | | | Sold (part) | 03/09/20 | K | | |
| 224. Rydex Transportation ███ | | None | K | T | Buy | 08/24/20 | K | | |
| 225. Powershares Qqq Trust (███) | A | Dividend | | | Buy | 04/20/20 | K | | |
| 226. | | | | | Buy (add'l) | 04/29/20 | K | | |
| 227. | | | | | Sold | 09/21/20 | K | D | |
| 228. Proshares Short S&P ███) | | None | | | Buy | 10/30/20 | K | | |
| 229. | | | | | Sold | 11/05/20 | K | | |
| 230. Rydex Health Care Fund ███) | | None | | | Buy | 05/19/20 | K | | |
| 231. | | | | | Buy (add'l) | 08/05/20 | K | | |
| 232. | | | | | Sold | 08/24/20 | K | A | |
| 233. Rydex Inverse Russell 2000 Strategy ███ | | None | | | Buy | 06/12/20 | K | | |
| 234. | | | | | Sold | 06/16/20 | K | | |
| 235. Rydex Inverse S&P (███ | | None | | | Buy | 02/28/20 | K | | |
| 236. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 237. | | | | | Sold (part) | 04/14/20 | J | | |
| 238. | | | | | Sold | 04/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Trust # 1 | | | | | | | | | |
| 240.  - JP MorganChase Bank Account | A | Interest | J | T | | | | | |
| 241.  -John Hancock Life Insurance Policy | D | Interest | M | U | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

This is a final report.  The Reporting Period means 1/1/20-2/26/21

Line 10:  The balance in the Citibank account was transferred to one of the other Citibank accounts maintained by my ▮▮▮▮ and me.

Lines 11:   As a retiree, my ▮▮▮▮ receives monthly distributions from the Keogh (Target) Plan.  The aggregate amount of the monthly distributions during the Reporting Period is listed in column "D(3)" as having been made on February 26, 2021.

Line 13: No contributions were made to the Capital "A" account during the Reporting Period, and the balance in the account was distributed during the Reporting Period.  The aggregate amount of the monthly distributions during the Reporting Period is listed in column "D(3)" as having been made on February 26, 2021.

Lines 14-238: I maintain two IRA brokerage accounts and my ▮▮▮▮ and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account.  Where multiple purchases or sales were made during the Reporting Period, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the Reporting Period) are reported on the first line on which the asset is listed.

line 241:   The John Hancock Life Insurance Policy is a Flexible Premium Survivorship Universal Life ("Second to Die") policy that my ▮▮▮▮ and I maintain for the benefit of our ▮▮.  I am not aware of any investment options and have never directed any investments.  In addition, the value listed in column c(2) is the gross value and does not reflect the substantial "surrender charge" in the event that the policy is cancelled.

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BERNSTEIN, STUART M.** | 05/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STUART M. BERNSTEIN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544